IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICK GREENBERG,

    Plaintiff,

v.

RIVERSOURCE LIFE INSURANCE COMPANY and HOWARD BELFER, M.D.,

    Defendants.

No. C 12-00552 WHA

**ORDER TO SHOW CAUSE AND VACATING HEARING**

Defendants Riversource Life Insurance Company and Howard Belfer, MD, filed a joint motion to dismiss *pro se* plaintiff Rick Greenberg's complaint on February 9, 2012. Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition to the motion was due February 23, 2012. None was filed. Plaintiff is hereby **ORDERED TO SHOW CAUSE** why his claims against defendants should not be dismissed for failure to prosecute. Plaintiff must file a written response to this order by **NOON ON MARCH 19, 2012**. If no response is filed, defendants' motion to dismiss may be granted. The motion hearing previously set for March 15, 2012, is **VACATED.**

**IT IS SO ORDERED.**

Dated: February 28, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE