IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICK GREENBERG,

    Plaintiff,

  v.

RIVERSOURCE LIFE INSURANCE COMPANY and HOWARD BELFER, MD,

    Defendants.
                                    /

No. C 12-00552 WHA

**ORDER REGARDING ORDER TO SHOW CAUSE**

      Plaintiff Rick Greenberg failed to timely respond to defendants' motion to dismiss. An order to show issued on February 28, 2012, requiring plaintiff to show cause by noon on March 19, 2012, why his claims against defendant should not be dismissed for failure to prosecute. Without responding to the order to show cause, plaintiff submitted an untimely opposition to the motion to dismiss. The opposition brief will not be deemed filed until plaintiff shows cause why he failed to timely respond to the motion dismiss. Plaintiff is reminded that he has until **NOON ON MARCH 19** to respond to the order to show cause.

      **IT IS SO ORDERED.**

Dated: March 14, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE