**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK M. GREENBERG,<br><br>    Plaintiff,<br><br>  v.<br><br>RIVERSOURCE LIFE INSURANCE COMPANY and HOWARD BELFER, MD,<br><br>    Defendants.<br>_____/ | No. C 12-00552 WHA<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE** |

     Defendant Riversource Life Insurance Company and Howard Belfer, MD, filed a joint motion to dismiss *pro se* plaintiff Rick Greenberg's complaint. Plaintiff failed to timely respond. An ordered to show cause issued requiring plaintiff to show cause why this action should not be dismissed for failure to prosecute. Good cause having been found, a new briefing and hearing schedule will be set. Plaintiff's opposition brief is deemed filed as of the date of this order. Defendants shall file a reply by **MARCH 30, 2012**. The motion hearing will be at **8 A.M. ON APRIL 12, 2012**.

     **IT IS SO ORDERED.**

Dated: March 23, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE