IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICK M. GREENBERG,

    Plaintiff,

  v.

RIVERSOURCE LIFE INSURANCE COMPANY and HOWARD BELFER, M.D.

    Defendant.

No. C 12-00552 WHA

**ORDER RESCHEDULING HEARING DATE**

    Defense counsel noticed a motion to dismiss for hearing on Friday, June 15, 2012. The Court holds civil calendar on Thursdays. The hearing on the motion to dismiss will be set for **8:00 A.M. ON JUNE 14, 2012**.

    **IT IS SO ORDERED.**

Dated: May 10, 2102.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE