IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK M. GREENBERG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RIVERSOURCE LIFE INSURANCE COMPANY and HOWARD BELFER, M.D.<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 12-00552 WHA<br><br><br>**ORDER RESCHEDULING HEARING DATE** |

　　　　Defense counsel noticed a motion to dismiss for hearing on Friday, June 15, 2012. The Court holds civil calendar on Thursdays. The hearing on the motion to dismiss will be set for **8:00 A.M. ON JUNE 14, 2012**.

　　　　**IT IS SO ORDERED.**

Dated: May 10, 2102.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE