IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICK M. GREENBERG,

    Plaintiff,

  v.

RIVERSOURCE LIFE INSURANCE COMPANY and HOWARD BELFER, MD.

    Defendants.

No. C 12-00552 WHA

**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE**

On May 10, 2012, defendants Riversource Life Insurance Company and Howard Belfer, M.D. filed a motion to dismiss *pro se* plaintiff Rick M. Greenberg's claim for fraud and all claims asserted against defendant Howard Belfer, M.D., with prejudice. On May 14, 2012, plaintiff filed a statement of non-opposition stating that "plaintiff does NOT oppose defendants Riversource Life Insurance Company's and Howard Belfer, M.D.'s joint motions to dismiss plaintiff's cause of action for fraud and defendant Howard Belfer, M.D. from this case identified as CV 12-00552, with prejudice" (Dkt. No. 48).

The motion to dismiss is **GRANTED**. Thus, plaintiff's claim for fraud and all claims asserted against defendant Howard Belfer, M.D. are hereby dismissed with prejudice. The only claim that remains is plaintiff's breach of contract claim against defendant Riversource.

**IT IS SO ORDERED.**

Dated: May 28, 2012.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE