1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10 | RICK M. GREENBERG,                    )  CASE NO. CV 12-00552 WHA
                                           )
11 |                     Plaintiff,        )  ~~[PROPOSED]~~ **ORDER GRANTING**
                                           )  **REQUEST TO CONTINUE**
12 | vs.                                   )  **MEDIATION COMPLETION**
                                           )  **DEADLINE**
13 | RIVERSOURCE LIFE INSURANCE            )
   | COMPANY and HOWARD BELFER, M.D.,      )
14 |                                       )
   |                     Defendants.       )
15 |_____ )

1   For good cause shown, it is hereby ordered that:

2   RIVERSOURCE LIFE INSURANCE COMPANY's request to continue the mediation

3   completion deadline is granted.

4   The mediation completion date is continued to __October 9_____, 2012.

**ORDER**

**IT IS SO ORDERED.**

9   Dated:  July 26, 2012.

_____
Wiliam Alsup
UNITED STATES DISTRICT JUDGE