|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| RICK M. GREENBERG, | ) | CASE NO. CV 12-00552 WHA |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | ~~[PROPOSED]~~ **ORDER GRANTING REQUEST TO CONTINUE MEDIATION COMPLETION DEADLINE** |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| RIVERSOURCE LIFE INSURANCE COMPANY and HOWARD BELFER, M.D., | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

~~[PROPOSED]~~ ORDER GRANTING REQUEST TO CONTINUE MEDIATION COMPLETION DEADLINE

1     For good cause shown, it is hereby ordered that:

2     RIVERSOURCE LIFE INSURANCE COMPANY's request to continue the mediation
3 completion deadline is granted.

4     The mediation completion date is continued to __October 9_____, 2012.

**ORDER**

**IT IS SO ORDERED.**

9 Dated: July 26, 2012.

                            Wiliam Alsup
                            UNITED STATES DISTRICT JUDGE

- 1 -

[~~PROPOSED~~] ORDER GRANTING REQUEST TO CONTINUE MEDIATION COMPLETION DEADLINE

APFI/1075482/13145239v.1