IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICK M. GREENBERG,

    Plaintiff,

v.

RIVERSOURCE LIFE INSURANCE COMPANY and HOWARD BELFER, M.D.,

    Defendants.

No. C 12-00552 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order granting summary judgment in favor of defendant RiverSource Life Insurance Company and the order granting dismissal with prejudice as to defendant Howard Belfer, M.D., filed at docket number 49, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants RiverSource Life Insurance Company and Dr. Howard Belfer and against plaintiff Rick M. Greenberg. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: August 8, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE